1  PHILLIP A. TALBERT
   United States Attorney
2  DHRUV M. SHARMA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00111 WBS |
| Plaintiff, | ASSOCIATION OF COUNSEL |
| v. | |
| ROBERT ALLEN POOLEY, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The United States of America requests that Assistant U.S. Attorney Dhruv M. Sharma be associated as co-counsel of record for the plaintiff in the above-referenced case and be added to the service list of actions.

Dated: September 27, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney