PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN POOLEY,<br><br>Defendant. | CASE NO. 2:21-CR-00111 WBS<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: May 15, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in its case-in-chief:

1. Jens Peter Andersen
2. Julie L. Bantley
3. Ron Bell, Director of Safety and Training, United States Parachute Association (USPA)
4. Gonzalez Fabricio Palomino Benitez
5. Aaron Booth
6. James Crouch, Former Director of Safety and Training, USPA
7. Brian DuBois, former Special Agent, Department of Transportation Office of Inspector General (DOT-OIG)
8. Richard Ficarelli, Special Agent, DOT-OIG
9. Yuri Garmashov

10. Joaquin Gomez
11. Alejandro Guerrero
12. Joshua Hall, USPA
13. Paolo Hernandez, Special Agent, DOT-OIG (ret.)
14. David Jensen, Aviation Safety Inspector, Federal Aviation Administration
15. Sang Yeul Jeong
16. Kyung "Kenny" Keum, Special Agent, former DOT-OIG, currently with U.S. Department of Agriculture, Office of Inspector General
17. Reggie Lee, Special Agent, DOT-OIG
18. Bobbi L. Lewis
19. Morgan Mackay
20. Carlos Martinez
21. Fabian Munoz
22. Corry Noel, Special Agent, Data Analytics and Computer Crimes Unit, DOT-OIG
23. Bradley North
24. Chris Opsahl
25. Danny Overeem
26. Michael Pierce
27. Mark Procos, Uninsured United Parachute Technologies (UPT)
28. Ryan Soto
29. Willard Lee Stokes, UPT
30. Susan Sullivan, USPA
31. Peter Swan
32. Paul D. Van der Walde
33. Charles "Matt" Wilkerson, Assistant Special Agent-in-Charge, Data Analytics and Computer Crimes Unit, DOT-OIG
34. Custodian of Records, Google, Inc.
35. Custodian of Records, USPA

36. Custodian of Records, UPT

37. Custodian of Records, Paypal, Inc.

Dated: May 6, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ DHRUV M. SHARMA
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys