HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN # 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | ) **MR. POOLEY'S EXHIBIT LIST** |
| vs. | ) |
| ROBERT POOLEY, | ) Date:  May 15, 2024 |
|  | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

Mr. Robert Pooley, by and through undersigned counsel, respectfully submits the following exhibit list. Mr. Pooley respectfully requests to reserve the opportunity to amend this list as appropriate. The defense is using exhibit numbers instead of exhibit letters and beginning the range at a suitably large number to avoid any overlap with the government exhibits.

///

///

///

///

///

///

///

///

Defendant's Exhibit List                     -1-                          *U.S. v. Pooley,* 2:21-cr-111-WBS

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2000 | Sigma Tandem System Owner's Manual, 03-08-2016 | | |
| 2001 | Sigma Tandem System Owner's Manual, 01-08-2017 | | |
| 2002 | Section VI, 9. Module: Aircraft Procedures, excerpt from the UPT "Tandem Examiner Guide Lines for the Certification of Tandem Instructors", 11th Edition, April 21, 2010 | | |
| 2003 | Reporter's transcript of Grand Jury testimony of Reggie Lee, on June 10, 2021 | | |
| 2004 | June 22, 2021 Press Release by the Dept. of Justice, Eastern District of California, *San Joaquin County Skydiver Arrested for Running Unauthorized Tandem Instructor Courses* | | |
| 2005 | Online information about the United States Parachute Association (USPA), printed on April 30, 2024 from the website www.uspa.org/about-uspa/what-is-uspa | | |
| 2006 | USPA Skydivers Information Manual 2016-2017 | | |
| 2007 | Joshua Hall Subpoena Return - Documents Set 1 and Set 2 | | |
| 2008 | MOA - Telephonic interview of Joshua Hall by Special Agent Brian DuBois, on February 23, 2017 | | |
| 2009 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 63 - Order granting Motion to Enforce Settlement Agreement | | |
| 2010 | USPA Instructional Rating Manual 2016-2017 | | |
| 2011 | USPA Statement on Tandem Skydiving Safety and Instructor Certification | | |
| 2012 | USPA Policy on Certain Tandem Instructor Candidates and Rating Holders | | |
| 2013 | Google Return Letter 1906057 dated August 17, 2018 | | |
| 2014 | Google Return Letter 57696981 dated April 12, 2024 | | |
| 2015 | Reporter's transcript of Grand Jury testimony of Peter Swann, on December 5, 2019 | | |
| 2016 | MOA - Interview of Peter Swann by Special Agents Brian DuBois and Reggie Lee, on June 27, 2017 | | |
| 2017 | MOA - Interview of Peter Swann by Special Agent Brian DuBois, on January 12, 2018 | | |
| 2018 | MOA - Telephone call with Peter Swann by Special Agent Kyung Keum, on November 19, | | |

| | | | |
|---|---|---|---|
| | 2019 | | |
| 2019 | MOA - Interview of Peter Swann by Special Agent Kyung Keum, on November 26, 2019 | | |
| 2020 | MOA - Interview of Peter Swann by Special Agent Reggie Lee with AUSA Christopher Hales, on December 5, 2019 | | |
| 2021 | Transcript of Robert Pooley interview by Special Agents Brian DuBois and Paolo Hernandez, on January 30, 2018 | | |
| 2022 | Transcript of Robert Pooley interview by Special Agents Reggie Lee and Richard Ficarelli, on April 27, 2021 | | |
| 2023 | PayPal Account information of Robert Pooley obtained by Special Agent Reggie Lee on June 18, 2021 | | |
| 2024 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 37 - Memo in Support of Motion to Enforce Settlement Agreement | | |
| 2025 | Email from Robert Pooley to Carlos Martinez Medel on August 9, 2016 forwarding email from JC Coldren with Subject: Tandem Examiner Inquiry | | |
| 2026 | Documents seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution on January 30, 2018 | | |
| 2027 | Blank USPA Tandem Instructor Rating Application forms with Yuri Garmashov's signatures, seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution | | |
| 2028 | Photos of a desk with computers taken during the execution of a search warrant at the Parachute Center in Lodi, on January 30, 2018 | | |
| 2029 | Emails in April 2021 between Special Agent Reggie Lee and Tom Noonan regarding UPT receipt of paperwork for Lachlan Morgan Mackay | | |
| 2030 | Email from Special Agent Reggie to Tom Noonan on April 29, 2021 regarding Lachlan Morgan Mackay and communication from parachutecentervideodesk@gmail.com | | |
| 2031 | May 14, 2021 Emails - USPA unable to find certain archived emails of Jim Crouch and Susan Sullivan | | |
| 2032 | Emails in May 2021 between Special Agent Reggie Lee and Ron Bell of USPA regarding emails from parachutecentervideodesk@gmail.com | | |
| 2033 | Notes of Special Agent Reggie Lee from interview of Danny Overeem on June 1, 2021 | | |

Defendant's Exhibit List -3- *U.S. v. Pooley,* 2:21-cr-111-WBS

| | | | |
|---|---|---|---|
| 2034 | USPA Tandem Instructor Rating Application of Danny Overeem | | |
| 2035 | UPT/USPA tandem instructor training paperwork of Brad North | | |
| 2036 | Emails between Special Agent Reggie Lee and Brad North from March 23, 2021 to March 31, 2021 | | |
| 2037 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, on March 29, 2021 | | |
| 2038 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma, on February 5, 2024 | | |
| 2039 | Text messages between Brad North and Special Agent Reggie Lee | | |
| 2040 | MOA - Document receipt of Brad North's tandem instructor training paperwork by Special Agent Reggie Lee | | |
| 2041 | Special Agents' notes from interviews of Brad North | | |
| 2042 | Emails on August 20-21, 2015 between Robert Pooley and Yuri Garmashov with Subject: Tandem candidates | | |
| 2043 | Tandem instructor certification paperwork of Jason Spurgeon | | |
| 2044 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| 2045 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| 2046 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| 2047 | Email from Yuri Garmashov to yurig@89vx.net with Subject: Screenshot (September 30, 2016 2:24 PM) | | |
| 2048 | Emails on April 22, 2021 between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez with attached screenshots of Facebook messages | | |
| 2049 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on April 22, 2021 | | |
| 2050 | Emails between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez from April 22, 2021 to June 23, 2021 | | |
| 2051 | Screenshots of Facebook messages between Gonzalo Fabricio Palomino Benitez and Sergii Osadchyi | | |
| 2052 | MOA - Special Agent Reggie Lee telephone call with Gonzalo Fabricio Palomino Benitez on May 21, 2021 | | |

| | | | |
|---|---|---|---|
| 2053 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on May 28, 2021 | | |
| 2054 | MOA - Interview of Gonzalo Fabricio Palomino Benitez by Special Agents Reggie Lee and Richard Ficarelli, on February 7, 2024 | | |
| 2055 | Agent notes from interview of Gonzalo Fabricio Palomino Benitez on February 7, 2024 | | |
| 2056 | Notes of Special Agent Reggie Lee from interview of Gonzalo Fabricio Palomino Benitez on April 22, 2021 | | |
| 2057 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 3 - Complaint | | |
| 2058 | Cover photo from the July 2013 issue of Parachutist - photo of Yuri Garmashov | | |
| 2059 | Text messages from and to 949-412-5339 and from July 8 through August 30, 2016 | | |
| 2060 | Text messages from and to 916-595-6172 on August 7-8, 2016 | | |
| 2061 | Email from Yuri Garmashov to Tom Noonan on August 10, 2016 | | |
| 2062 | Emails on August 12, 2016 between David Jensen and Yuri Garmashov | | |
| 2063 | Emails from August 12-17, 2016 between David Jensen and Yuri Garmashov | | |
| 2064 | Letter dated August 29, 2016 from Jason Putnam Gordon to Yuri Garmashov regarding USPA Administrative Suspension of Instructor Examiner Ratings Pending Further Investigation | | |
| 2065 | Letter dated August 29, 2016 from Tom Noonan to Yuri Garmashov regarding Suspension of UPT Tandem Examiner Rating Pending USPA Reinstatement | | |
| 2066 | Email from Kevin Stone to Yuri Garmashov on September 5, 2016 in reply to Garmashov's email on September 1, 2016 with Subject: USPA statement | | |
| 2067 | Email from Evan Beecher to Yuri Garmashov on September 5, 2016 - Potential draft letter | | |
| 2068 | Reply email from Yuri Garmashov to Evan Beecher on September 6, 2016 - Potential draft letter | | |
| 2069 | Reply email from Evan Beecher to Yuri Garmashov on September 6, 2016 - Potential draft letter | | |
| 2070 | Email from Yuri Garmashov to Robert Pooley on September 7, 2016 with attached letter | | |

| | | | | |
|---|---|---|---|---|
| 2071 | Email from Yuri Garmashov to Robert Pooley on September 8, 2016, Subject: letter | | | |
| 2072 | Email from Yuri Garmashov to Joshua Hall on September 8, 2016, with attached undated letter signed by Robert Pooley | | | |
| 2073 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | | |
| 2074 | Letter dated October 13, 2016, from Jan Meyer (USPA) notifying Yuri Garmashov that his USPA membership and all ratings have been revoked | | | |
| 2075 | Email from Tom Noonan to Yuri Garmashov on October 17, 2016 regarding attached UPT rating revocation letter | | | |
| 2076 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | | |
| 2077 | Michael Wadkins letter to USPA, dated February 6, 2017 | | | |
| 2078 | Lachlan Mackay tandem instructor certification paperwork from retraining with Michael Wadkins | | | |
| 2079 | Video of Yuri Garmashov deposition on Feb. 11, 2020 | | | |
| 2080 | Transcript of Yuri Garmashov deposition on Feb. 11, 2020 | | | |
| 2081 | Emails on June 8, 2021 between Special Agent Reggie Lee and Fabian Munoz | | | |
| 2082 | MOA - Interview of Fabian Munoz by Special Agent Reggie Lee, on June 9, 2021 | | | |
| 2083 | MOA - Interview of Fabian Munoz on January 31, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with Special Agent Christina Jones providing Spanish translation | | | |
| 2084 | Agent notes from interview of Fabian Munoz on January 31, 2024 | | | |
| 2085 | Fabian Munoz tandem instructor certification paperwork from retraining with Timoteo Salgado | | | |
| 2086 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Brian DuBois, on December 27, 2017 | | | |
| 2087 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Reggie Lee, on May 27, 2021 | | | |
| 2088 | MOA - interview of Wiilard "Jay" Stokes by Special Agents Reggie Lee and Richard Ficarelli, on February 6, 2024 | | | |

| | | | | |
|---|---|---|---|---|
| 2089 | Notes of Special Agent Reggie Lee from interview of Willard "Jay" Stokes on May 27, 2021 | | | |
| 2090 | Agent notes from interview of Willard "Jay" Stokes on February 6, 2024 | | | |
| 2091 | MOA - Interview of Mark Procos by Special Agents Reggie Lee and Richard Ficarelli, on January 31, 2024 | | | |
| 2092 | Agent notes from interview of Mark Procos on January 31, 2024 | | | |
| 2093 | MOA - Interview of Lachlan Morgan Mackay by Special Agents Reggie Lee and Richard Ficarelli, on January 23, 2024 | | | |
| 2094 | Special Agent notes from interview of Lachlan Morgan Mackay on January 23, 2024 | | | |
| 2095 | FAA Enforcement Investigation Report (EIR) of Robert Pooley | | | |
| 2096 | MOA - Interview of FAA Inspectors David Jensen and Matt DeSeelhorst by Special Agents Brian DuBois and Kathryn Kerkhoff, on January 4, 2017 | | | |
| 2097 | MOA - David Jensen contacted Special Agent Brian DuBois on June 27, 2017 | | | |
| 2098 | MOA - David Jensen contacted Special Agent Brian DuBois via email, on December 15, 2017 | | | |
| 2099 | MOA - Special Agent Kyung Keum met and received documents from David Jensen, on December 20, 2019 | | | |
| 2100 | MOA - Special Agent Kyung Keum received documents from David Jensen, on January 23, 2020 | | | |
| 2101 | Record of Conversation (notes) on September 1, 2016 with Yuri Garmashov by David Jensen | | | |
| 2102 | Record of Visit - David Jensen contact with Yuri Garmashov at the Parachute Center, on September 1, 2016 | | | |
| 2103 | MOA - Interview of Yuri Garmashov by Special Agent Kyung Keum, on March 5, 2020 | | | |
| 2104 | Transcript of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | | |
| 2105 | Audio file of recording of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | | |
| 2106 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | | |
| 2107 | July 8, 2021 Dept. of Justice Proffer Agreement with Yuri Garmashov | | | |

| | | | |
|---|---|---|---|
| 2108 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee, on July 12, 2021 | | |
| 2109 | Notes of Special Agent Reggie Lee from Proffer interview of Yuri Garmashov, on July 12, 2021 | | |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2024

*/s/ Mia Crager*
MIA CRAGER
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
ROBERT POOLEY