HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN # 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00111 WBS |
|---|---|
| Plaintiff, | **MR. POOLEY'S WITNESS LIST** |
| vs. | Date: May 15, 2024 |
| ROBERT POOLEY, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

Defendant Robert Pooley, by and through his undersigned attorney of record, hereby designate the following as potential witnesses for the trial in the above-captioned matter, reserving the right to add to the list as circumstances dictate:

1. Robert Beegle
2. Terry Booth
3. Sheryl Bothwell
4. Melvin Buford
5. Chad Cogburn
6. John Coldren
7. James Crouch
8. William Dause

9. William Desilva
10. Juan Doig
11. Robert Feldman
12. Richard Gann
13. Yuri Garmashov
14. Ian Gregor
15. Joshua Hall
16. Roger Hoffman
17. Sergii Ivanov
18. Rasmus James
19. David Jenner
20. Kyung Keum
21. Brandon Lecocq
22. Reggie Lee
23. Jimmy Mendoza
24. Lelo Mras
25. Dennis Murphy
26. Brad North
27. Jeremy Paduano
28. Mark Procos
29. Nicholas Roti
30. Timeteo Salgado
31. Glenn Sheets
32. Fred Smith
33. Susan Sullivan
34. Peter Swann
35. Michael Wadkins

36. Patrick Wong

Additionally, the defendant reserves the right to testify on his own behalf and call any other witness on the government's witness list.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Date: May 6, 2024        /s/ *Mia Crager*
          MIA CRAGER
          MEGHAN McLOUGHLIN
          Assistant Federal Defender
          Attorney for Defendant
          ROBERT POOLEY