HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
MEGHAN McLOUGHLIN, SBN 354051
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00111-WBS |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S PROPOSED STATEMENT OF THE CASE** |
| vs. | ) | |
| ROBERT ALLEN POOLEY, | ) | Date:  May 15, 2024 |
| | ) | Time:  9:00 A.M. |
| Defendants. | ) | Judge:  Hon. William B. Shubb |

Defendant Robert Pooley proposes the following statement of the case, to be read to prospective jurors upon the commencement of *voir dire*:

The United States has brought criminal charges against the defendant in this case, Robert Pooley.  Mr. Pooley is charged with wire fraud by allegedly participating in a scheme to defraud skydiving students who were attempting to gain tandem skydiving certifications.  Mr. Pooley is also charged with aggravated identity theft for using the signature of another instructor on paperwork.

To prove the charges, the government must show that Mr. Pooley made material misrepresentations for the purpose of obtaining money or property, and that he used or caused to be used a wire communication in order to carry out that scheme.  To prove aggravated identity theft, the government must show that, during and in relation to the wire fraud, Mr. Pooley used and possessed the means of identification of another person, without legal authority.  Mr. Pooley

has pled not guilty to all the charges.

Date: May 6, 2024                    Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/  Meghan D. McLoughlin*
                                     MEGHAN McLOUGHLIN
                                     MIA CRAGER
                                     Assistant Federal Defenders
                                     Attorney for Defendant
                                     ROBERT POOLEY