HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00111-WBS |
| Plaintiff, | **REQUEST TO SET BRIEFING SCHEDULE** |
| vs. | |
| ROBERT ALLEN POOLEY, | Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY REQUESTED by Federal Defender Heather E. Williams, through Assistant Federal Defender Mia Crager, attorneys for Robert Pooley, that the following briefing and hearing schedule be set for this matter.

| | |
|---|---|
| Government's Opposition | June 17, 2024 |
| Defendant's Reply | June 24, 2024 |
| Hearing Date | July 1, 2024 |

/ /

/ /

/ /

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: June 6, 2024                */s/ Mia Crager*
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorneys for Defendant
                              ROBERT POOLEY

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 6, 2024

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
ROBERT POOLEY