HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00111-WBS |
| Plaintiff, | **[PROPOSED] ORDER RE: REQUEST TO SET BRIEFING SCHEDULE** |
| vs. | |
| ROBERT ALLEN POOLEY, | Judge: Hon. William B. Shubb |
| Defendant. | |

GOOD CAUSE having been show, the Court orders that the following briefing schedule be set for this matter.

| | |
|---|---|
| Government's Opposition | June 17, 2024 |
| Defendant's Reply | June 24, 2024 |
| Hearing Date | July 1, 2024 |

Date: June __, 2024

_____
HONORABLE WILLLAM B. SHUBB
UNITED STATES DISTRICT JUDGE