HEATHER E. WILLIAMS, SBN, #122664
Federal Defender
MIA CRAGER, SBN #300712
MEGHAN McLOUGHLIN, SBN #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:  (916) 498-5700
Fax:  (916) 498-5710

Attorneys for Defendant-Movant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:21-CR-111-WBS |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED REQUEST TO CONTINUE DEADLINE FOR DEFENDANT'S REPLY RE MOTION FOR JUDGMENT OF ACQUITTAL** |
| vs. | ) | |
| ROBERT ALLEN POOLEY | ) | |
| Defendant. | ) | |

Robert Pooley, by and through his counsel, Assistant Federal Defender Mia Crager, hereby requests the Court to allow defense counsel one additional day to file Defendant's reply, such that the deadline will be July 2, 2024.  The reason for the requested continuance is that defense counsel was called for jury duty. This request is unopposed.

DATED: July 1, 2024                          Respectfully submitted,
                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Mia Crager*
                                             MIA CRAGER
                                             MEGHAN McLOUGHLIN
                                             Assistant Federal Defenders
                                             Attorneys for Defendant
                                             ROBERT ALLEN POOLEY

1