

| | | |
|---|---|---|
| **OFFICE OF THE FEDERAL DEFENDER**<br>Eastern District of California<br>801 I Street, 3rd Floor<br>Sacramento, California 95814-2510<br>(916) 498.5700   FAX (916) 498.5710 | | **HEATHER E. WILLIAMS**<br>Federal Defender<br><br>**PEGGY SASSO**<br>Chief Assistant Federal Defender |

# memorandum

Date:       August 13, 2024

To:         Karen Kirksey Smith, Courtroom Deputy to the Hon. William B. Shubb

From:       Mia Crager, Assistant Federal Defender

Subject:    *United States v. Robert Allen Pooley*
            Case No. 2:21-cr-00111-WBS

The parties have conferred and jointly request that the deadlines for formal objections be continued as follows to conform with the new sentencing date:

Correction:                                                              September 9, 2024

Reply/Sentencing Memo:                                                   September 23, 2024

Please feel free to contact me if you have any questions or concerns.

MC/cmr