# EXHIBIT D-1

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number:<br>I16A0120900 | Office:<br>JRI-5 Western (San Francisco) | Type of Activity:<br>Interview |
|---|---|---|
| Date of Activity:<br>06/01/2021 | Date Report Drafted:<br>06/02/2021 | Location of Activity:<br>Microsoft Teams |
| Subject of Activity:<br>OBAID, CARLOS G. | Activity Conducted By (Name(s)):<br>Reggie Lee | Signature:<br>R L |

On June 1, 2021, Carlos Obaid (Obaid), Former Skydiver, Parachute Center, Lodi, CA, was interviewed via Microsoft Teams by Special Agent Reggie Lee, U.S. Department of Transportation, Office of Inspector General, San Francisco, CA. After being advised of the identity of the interviewing agent and the nature of the interview, Obaid provided the following:

In May 2016, Obaid travelled to the Parachute Center to skydive for several months. On his first month, he was only sport skydiving solo to increase his jump numbers. Once he had enough jumps, he sought to attain U.S. Parachute Association (USPA)'s Coach and Tandem Instructor ratings and United Parachute Technologies (UPT)'s Tandem Instructor rating. Rob Pooley (Pooley) was teaching the course at the Parachute Center. Obaid paid Pooley $1,600 in cash for the course.

Pooley taught the Tandem Instructor course in June or July of 2016. There were no other instructors in the course. Obaid's classmates were Yong Kwon (Kwon), Sang Jeong (Jeong), Danny Overeem, Carlos Martinez (Martinez), and Fabian Munoz. The course was very short lasting approximately three days.

After completing the course, Obaid was provided with USPA and UPT paperwork to process his Coach and Tandem Instructor ratings. Both paperwork contained the Russian guy's signature [later identified as Yuri Garmashov (Garmashov)]. However, Garmashov was not at the Parachute Center during the course. Instead, he showed up a few weeks after the course.

After completing the course and the paperwork, the newly rated Tandem Instructors were able to work at the Parachute Center immediately earning money from paying customers. At the time, this was very popular as skydivers were able to earn money while skydiving at the Parachute Center. This is no longer possible.

Pooley did not mention his Tandem Examiner ratings were suspended. Obaid stated he would not have taken the course had he known Pooley's ratings were suspended.

After Kwon's accident, Obaid, Martinez, and Jeong went to receive Tandem Instructor training again at a drop zone in Taft, CA. Obaid had to pay $1,600 to an instructor for the second time. The training he received was very different than the training he received from Pooley.

Obaid asked Pooley for his money back so Obaid could retake the course. Pooley said he was sorry for the situation and told Obaid to wait. There were other skydivers at the Parachute Center who were upset with Pooley and some stole equipment from Pooley.

All paperwork was kept with Pooley or Dause. Obaid was not provided with copies of his paperwork. He agreed to check his phone for any documents he may have photographed. Pooley told Obaid that Dause had thrown all the paperwork in the fire.

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

In approximately October 2016, Obaid left the U.S. to go to Europe for another skydiving trip.

In February 2017, Obaid returned to the Parachute Center for one day to pick up two used rigs he purchased from Dause. Due to weather conditions, the Parachute Center was quiet. Obaid did not see Pooley.

Reviewed By (Initials): K K     Date: 06/10/2021

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.