# EXHIBIT D-2

```
 1  anyone else involved in your course?  Any other students?
 2  A.  No, it was just me.
 3  Q.  Did you see anyone else doing tandem jumps?
 4  A.  Yeah.  There was -- there are a lot of tandem instructors
 5  over there.
 6  Q.  Did you see anyone that was getting tandem instruction
 7  training?
 8  A.  No, just me.
 9  Q.  Did you see a person named YongHyeon Kwon?
10  A.  Yes, I saw him.
11  Q.  Did you see him getting trained?
12  A.  No.  I just see him.  He was in line with me going to
13  airplane.
14  Q.  Did you see him doing tandem jumps?
15  A.  Yes.
16  Q.  With customers?
17  A.  Yes.
18  Q.  You mentioned Carlos Obaid earlier.  Did you see him as
19  well?
20  A.  He was not doing tandems; he was just, like, fun jumping
21  and getting, like -- he was swooping.  Doing, like, hop-n-pops
22  to do -- to do swooping.
23  Q.  But he was at the Parachute Center?
24  A.  Yeah.
25  Q.  Now, was Rob Pooley around any of those days when you were
```