# EXHIBIT D-3

```
 1          (GOVERNMENT'S EXHIBIT 40 ADMITTED INTO EVIDENCE.)
 2   Q.   BY MR. SHARMA:  Okay.  So zoom in a little bit over here.
 3        So this is a picture of you and your friends at Parachute
 4   Center, you said?
 5   A.   That's right, sir.
 6   Q.   Starting from the person on the left in the green shirt,
 7   could you tell us who that is?
 8   A.   That person is Carlos Obaid.
 9   Q.   That's the person that you spoke with on the phone?
10   A.   That's right, sir.
11   Q.   From Chile?
12        From Chile?
13   A.   That's right, sir.
14   Q.   Okay.  I'm sorry to bring this up, but has Mr. Obaid passed
15   away since then?
16   A.   Yes.  That was a terrible news, a friend who passed away,
17   who is no longer here.
18   Q.   Okay.  I'm sorry for your loss, sir.
19   A.   It's okay.
20   Q.   I want to move on down through the picture.
21        The person next to Mr. Obaid is in a blue shirt.  Who is
22   that?
23   A.   The next person, the one that has the bottle of water,
24   that's me.
25   Q.   And the person next to that in the white shirt, who is
```