# Exhibit 1

Medical Certificate of Fabian Munoz



UNITED STATES OF AMERICA
**Department of Transportation**
Federal Aviation Administration

## MEDICAL CERTIFICATE THIRD CLASS

This certifies that *(Full name and address)*

FABIAN MUNOZ SR
23597 North Highway 99
Lodi CA 8380000 USA

CONDITIONS OF ISSUE

The holder of this certificate must:

- Have it in his or her personal possession at all times while exercising privileges of an airman certificate. (14CFR § 61.3)
- Understand that the issuance of a medical certificate by an Aviation Medical Examiner may be reversed by the FAA within 60 days. (14CFR § 67.407)
- Comply with validity standards specified for first-, second-, and third-class medical certificates. (14CFR § 61.23)
- Comply with any statement of functional, operational, and/or time limitation issued as a condition of certification. (14CFR § 67.401)
- Comply with the standards relating to prohibitions on operation during medical deficiency. (14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be affected by certain international medical standards. Consult the U.S. Aeronautical Information Publication for U.S. differences with ICAO Annex 1 medical standards.

Date of Examination  07/15/2016

Examiner's Designation No.  050511758

Typed Name  ALLEN E PRIEST JR, MD

**AIRMAN'S SIGNATURE**

FAA Form 8500-9

---



**AEROSPACE MEDICAL CERTIFICATION DIVISION, AAM - 300**
FAA Civil Aerospace Medical Institute
Mike Monroney Aeronautical Center
P.O Box 26080
Oklahoma City, OK 73125-9914

FABIAN MUNOZ SR
23597 North Highway 99
Lodi CA 8380000 USA

Dear Airman:

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature).

This certificate must be in your possession at all times while exercising your pilot privileges.

Created on  Friday, July 15, 2016

POOLEY_00018871