# Exhibit 3

Fabian Munoz Tandem Instructor retraining documents

# TANDEM INSTRUCTOR RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Tandem Instructor Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Tandem Instructor Rating Course. Course only requirements must be completed within 12 months of the start of the course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Tandem Instructor rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

*Current USPA Instructors need not meet starred requirements.

## USPA TANDEM INSTRUCTOR RATING APPLICATION

Name: **FABIAN MUÑOZ**   USPA #: **305120**   Expiration Date: **7/31/2017**

Mailing Address: [redacted]

Add'l. Address: 

City: **SANTIAGO**   State: **MT**   Zip or Postal Code: **755 0904**   Country: **CHILE**

Weekday Phone: [redacted]   E-Mail: [redacted]

DOB: [redacted]   Sex: ☒ M ☐ F   Occupation: **Marketing**

License Number: _____ (USPA D license required.)

FAA Medical Exp. Date _____ (include copy of medical with this application)

Total Freefall Time: **42,480 sy**   Total Sport Jumps: **720** (minimum 500 required.)

Applicant's Signature (for future authentication purposes): [signature]

$50 Rating Fee: ☐ Paid by candidate with application  ☐ Returned with After-Action Report

☐ MasterCard  ☒ VISA  [card number redacted]  expiration date MO/YR  3-digit

Signature: [signature]

I certify that **FABIAN MUÑOZ Bonilla** has:
name of candidate

**PRIOR TO ARRIVAL AT THE USPA INSTRUCTOR RATING COURSE:**

1. Assisted in two tandem first-jump courses toward Category A requirements.

   USPA Tandem Instructor signature _____ Date _____
   USPA Tandem Instructor signature _____ Date _____

2. Assisted in two Category B tandem ground preps.

   USPA Tandem Instructor signature _____ Date _____
   USPA Tandem Instructor signature _____ Date _____

3.* Assisted in two Category D ground preps.

   USPA Instructor signature _____ Date _____
   USPA Instructor signature _____ Date _____

4.* Observed ground preps in Categories B, C, E, and F.

   USPA Instructor signature _____ Date _____

5.* Correctly taught freefall stability and basic freefall maneuvers, including freefall turns, backloops, barrel rolls, front loops, and tracking.

   USPA Instructor signature _____ Date _____

6.* Prepared an effective canopy flight plan and provided ground-to-air (for example, radio) instruction for winds up to 14 mph.

   USPA Instructor signature _____ Date _____

7.* Participated in the spotting and aircraft lessons from Categories D through H (or equivalent training).

   (Initials:) Category D _____  Category G _____
   Category E _____  Category H _____
   Category F _____

   USPA Instructor signature _____ Date **12/11/16**

**TANDEM**

Page 2    CANDIDATE NAME _FABIAN MUNOZ_    Member # _305180_

8. Demonstrated five practice tandem cutaways wearing tandem equipment and with a simulated student in the student harness in the presence of a USPA Tandem Instructor or Tandem Instructor Examiner.

   Supervising USPA Tandem Instructor signature    _11/16_ Date

9.* Made 10 jumps to teach and observe basic group freefall skills (verification of 10 entries in the candidate's logbook).

   Course examiner signature    _11/16_ Date

10. Correctly answered at least 80% of the questions on the USPA Tandem Instructor Final Examination.

    Course examiner signature    _11/16_ Date

AT THE USPA INSTRUCTOR RATING COURSE:

11. During tandem jumps, demonstrated the ability to perform all the following:
    - Establish and maintain stability throughout the jump.
      Evaluator signature    _11/16_ Date
    - Recover from intentional, planned instability on exit.
      Evaluator signature    _11/16_ Date
    - Heading control during tandem freefall and droguefall.
      Evaluator signature    _11/16_ Date

12. Earned a score of Satisfactory on all sections and subsections of the Tandem In-Air Skills and Instruction Evaluation Form and the Training, Supervision, and Debriefing Evaluation Form.

    Course examiner signature    _11/6_ Date

13. Correctly and completely rigged a simulated student for a tandem jump and completed a satisfactory pre-jump check of all associated systems.

    Evaluator signature    _11/16_ Date

14. Conducted five successful initial tandem evaluation jumps.
    1. Evaluator signature    _11/16_ Date
    2. Evaluator signature    _11/16_ Date
    3. Evaluator signature    _11/16_ Date
    4. Evaluator signature    _11/16_ Date
    5. Evaluator signature    _11/16_ Date

15.* Correctly prepared and checked a solo student's equipment, including canopy selection, prior to rigging up.
    USPA Instructor signature    _11/16_ Date

16.* Completed one satisfactory Category D freefall and canopy training session and air evaluation during a Tandem Instructor Rating Course.

    Course Examiner signature    _11/16_ Date

17. Participated in all portions of the USPA Tandem Instructor Rating Course.

    Course examiner signature    _11/16_ Date

18. Has a minimum of 3 years of experience in parachuting.

    Course examiner signature    _11/16_ Date

19. Conducted five practice tandem jumps.
    1. Supervising USPA Tandem Instructor signature    _11/16_ Date
    2. Supervising USPA Tandem Instructor signature    _11/16_ Date
    3. Supervising USPA Tandem Instructor signature    _11/16_ Date
    4. Supervising USPA Tandem Instructor signature    _11/16_ Date
    5. Supervising USPA Tandem Instructor signature    _11/16_ Date

RATING RECOMMENDATION

I have personally examined and recommend this applicant for the USPA Tandem Instructor rating. He or she has demonstrated the ability to train and jump with tandem students and to train and supervise non-method-specific students for the USPA A license.

JIMMY MONJARCA   D26131
USPA Tandem Instructor Examiner name and Member #

USPA Tandem Instructor Examiner signature
Date _12/11/16_
SKYDIVE ANDY
Course Location   SIGMA
Tandem Equipment Used for Rating

COURSE/EXAMINER VERIFICATION CHECKLIST
(Examiners, please verify the following)
☑ Examiner membership and rating expiration date _7/31/17_  185484
☑ Course Location  SKYDIVE ANDY
  (must be a current USPA Group Member drop zone)
☑ Candidate USPA Membership expiration date _____
☑ Full Course
☐ Manufacturer Rating Conversion (See Section 1.F.2, 3, 4)
☐ Foreign Tandem Instructor Rating Conversion (See Section 1.F.5)

## EXAM ANSWER SHEETS

Name: FABIAN MUÑOZ BECOULA.

1. D ✓
2. B ✓
3. B ✓
4. C ✓
5. D ✓
6. D ✓
7. D ✓
8. D ✓
9. D ✓
10. D ✓
11. C ✓
12. D ✓
13. C ✓
14. A ✓
15. B ✓
16. D ✓
17. C ✓
18. D ✓
19. A ✓
20. D ✓

21. A ✓
22. A ✓
23. B ✓
24. B ✓
25. A ✓
26. C ✓
27. B ✓
28. B ✓
29. D ✓
30. C ✓
31. D ✓
32. D ✓
33. A ✓
34. C ✓
35. C ✓
36. D ✓
37. D ✓
38. D ✓
39. C ✓
40. C ✓

SCORE 100%



# COACH RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Coach Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Coach Rating Course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Coach rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

$1/15

---

## USPA COACH RATING APPLICATION

Name: FABIAN MUÑOZ  USPA #: 301/80  Expiration Date: 7/31/12/17

Mailing Address: Flores 1806

Add'l. Address: ____

City: Santiago  State: ____  Zip or Postal Code: 7770304  Country: Chile

Weekday: [redacted]  E-Mail: [redacted]

DOB: [redacted]  Sex: ☒ M ☐ F  Occupation: marketing

License Number: B-44211 (Must be USPA or FAI B or higher)

Total Freefall Time: 42,400 Sy.  Total Sport Jumps: 720

Applicant's Signature (for future authentication purposes): ____

$35 Rating Fee: ☐ Paid by candidate with application  ☐ Returned with After-Action Report

☐ [MC]  ☒ [VISA]  [redacted]

Signature: [signature]

I certify that FABIAN MUÑOZ BIZAMA **DECLINED** has:
name of candidate

### BEFORE THE USPA COACH RATING COURSE:

1. Correctly answered at least 80% of the questions on the USPA Coach Final Examination.
   [signature] 11/09/16
   Course examiner signature  Date

2. Assisted in one complete solo first-jump course.
   [signature] 11/07/16
   USPA Instructor signature  Date

### AT THE USPA COACH RATING COURSE:

3. Successfully conducted two satisfactory training sessions from the topics listed in the Coach Rating Course Evaluation outline.
   [signature] 11/08/16
   Evaluator signature  Date
   [signature] 11/08/16
   Evaluator signature  Date

4. Demonstrated the ability to teach the following topics from Categories F-H of the ISP.
   - floater exit  [signature] 11/08/16
     Evaluator signature  Date
   - diver exit  [signature] 11/10/16
     Evaluator signature  Date
   - forward and dock  [signature] 11/09/16
     Evaluator signature  Date
   - fall rate  [signature] 11/08/16
     Evaluator signature  Date
   - tracking with awareness  [signature] 11/08/16
     Evaluator signature  Date

5. Demonstrated the ability to conduct a satisfactory debriefing.
   [signature] 11/09/16
   Evaluator signature  Date

6. Correctly performed a pre-jump equipment check.
   [signature] 11/09/16
   Evaluator signature  Date

2011 IRM | USPA.ORG

POOLEY_00024026

Page 2     CANDIDATE NAME  Fabian Muñoz     Member # _____

**COACH**

7. Successfully completed two air evaluations.

_____  14/10/16
Evaluator signature          Date

_____  14/10/16
Evaluator signature          Date

8. Participated in all portions of the USPA Coach Rating Course.

_____  11/09/16
Course examiner signature   Date

### RATING RECOMMENDATION

I have personally examined and recommend this applicant for the USPA Coach rating. He or she has demonstrated the ability to, under the supervision of a USPA Instructor, teach the general (non-method-specific) sections of the first jump course, conduct group freefall skills training, supervise students making group freefall training jumps, and conduct recurrency training and jumps with licensed skydivers.

DAKSON CARVALHO   D-25058
Course examiner name (please print)   Member #

_____
Course examiner signature

Course Date  11/10/16

SANTIAGO CHILE
Original Course Location

ANDES

### COURSE/EXAMINER VERIFICATION CHECKLIST

❏ Examiner membership and rating expiration date _____
❏ Course Location _____ (must be a current USPA Group Member drop zone)
❏ Candidate USPA Membership expiration date _____
❏ Full Course    ❏ Challenge Course  (See Section 1 of course syllabus for requirements)
❏ Proof of non-USPA Coach rating (challenge only)



**AEROSPACE MEDICAL CERTIFICATION DIVISION, AAM - 300**
FAA Civil Aerospace Medical Institute
Mike Monroney Aeronautical Center
P.O Box 25080
Oklahoma City, OK 73125-9914

LABAN MUNOZ SR
23597 North Highway 99
Lodi CA 8180000 USA

Dear Airman:

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature).

This certificate must be in your possession at all times while exercising your pilot privileges.

POOLEY_00024028

# UNITED STATES PARACHUTE ASSOCIATION® LICENSE APPLICATION

[Please type or print]
Name: FABIAN MUÑOZ BEZAULA
Street Address: FLOURES 1306
 LOS CONDOR.
City: Santiago  State: Mt.  Zip: 71000
Country: Chile  U.S. Citizen ☐ Yes ☐ No  DOB: 05/11/16

USPA #: 305180

X [Signature]
Signature of Applicant

License Number(s) Issued:

Type
☐ B    $ ____ License Fee ($30 each license)
☐ C    $ 20 Expedite with fax or email confirmation (add $20)
☒ C    $ 30 Total   Phone # [redacted]
☒ D              Fax # or email address [redacted]

U.S. payments: Mail check or money order payable to "USPA" or pay by VISA, MasterCard or Discover.
Foreign payments: Only VISA, MasterCard and Discover accepted for foreign payment.
No foreign checks or money orders.

Make U.S. checks only payable to "USPA."

[card info redacted] 5 9 5 7

## 1. EXPERIENCE (Fill in both categories)

Total Jumps: 780.
Total Freefall Time: 1,3 hrs

## 3. KNOWLEDGE

A USPA Instructor administers the written exam(s) (B, C, and D licenses), records the passing score(s) in the skill table(s), and initials the box(es).

NOTE: License applications must be signed by a verifying official.

A D-license application requires the signature of a member of the USPA Board of Directors, a Safety & Training Advisor or an Instructor Examiner.

Applications for B and C licenses may be signed by any current USPA Instructor or higher.

## 2. SKILL TABLES

Fill in the number of the highest license you currently hold and all the information requested for each license that is higher than the one you currently hold, up to and including the license you are applying for. For each license requirement met, write in either the number of the jump, the date of the training or the score, accordingly. The verifying official must initial each block of the skill verification table and sign the verification box. Refer to the Skydiver's Information Manual, Section 3, for specific requirements.

| A# | B# | C# | D# |
|---|---|---|---|
| LICENSE Number* | LICENSE Number (or fill out below) | LICENSE Number (or fill out below) | |
| *If applying for A-license provide a photocopy of a completed USPA A-License Application, signed by a USPA Instructor, Instructor Examiner or member of the USPA Board of Directors. | Requirements / Jump No. or date / Initial | Requirements / Jump No. or date / Initial | Requirements / Jump No. or date / Initial |
| | Accuracy (10 jumps) 0 / AP | Accuracy (25 jumps) 0 / AP | Night Jump #1  500 TSPP |
| | Maneuvers  [illegible] AP | Maneuvers  08 15 AP | Night Jump #2  507 TSPP |
| | Water Training [illegible] AP | Exam Score  100% AP | Exam Score  100% TSPP |
| | Canopy Course [illegible] AP | | |
| | Exam Score 100% AP | | |

◆ List jump numbers used to meet the accuracy requirements: 36,37,38, 39,40,41,42,43,44,45,46,47,48,49,50, 51,52,53,54,55,56,57,58,59,60,61,62,63, 64, 65, 66,67,68,70,71,72,73,74,75, 16,89,90, 104,105,106,136,152,186

## 4. VERIFICATION (Please print or type)

I certify that I have personally checked the applicant's logbook(s) and found documentation that the applicant has met all applicable requirements as specified in the Skydiver's Information Manual, Section 3-2.

TIMOTEO SALGADO P PINTO   D-31896  COACH-E TANDEM-IE
Name of verifying official (Print legibly)   Membership number and title

[Signature]   6/19/2017
Signature of verifying official   Date

NOTE: D LICENSE REQUIRES SIGNATURE OF S&TA OR HIGHER.

## 5. CHECK LIST

☑ Experience table completed—Block 1.
☑ All appropriate boxes on skill table completed—Block 2.
☑ Signature (in verification box) of appropriately-rated verifying official—Block 4.

Mail to USPA • 5401 Southpoint Centre Blvd. • Fredericksburg, VA 22407 • with $30 for each license requested; or Email to safety@uspa.org or Fax (540) 604-9741 with your credit card authorization.

12/14

Scanned by CamScanner
POOLEY_00024029

# UNITED STATES PARACHUTE ASSOCIATION® LICENSE EXAM ANSWER SHEET

**APPLICATION CHECKLIST**

The verifying official signing the license application should double-check that each of these items has been completed:

**A. Applicant's personal information**

**B. Experience verification:**
1. Number of jumps
2. Freefall time

**C. Skill verification:**
Verify (with your initials) that the jump number, date, or score for each requirement is correct and can be found in the applicant's logbook, OR enter the applicant's appropriate license number in the box provided.

**D. Knowledge verification:** Check that the written exam answer sheet is complete with a passing score recorded on the application.

**E. Final Verification:**
1. Sign the verifying official's certification statement and print your name, license number (or title), and date.
2. Mail the completed license application along with the fee.

**LICENSE EXAM INSTRUCTIONS**

**A. Exam administrator:**
1. Give the applicant this answer sheet and the questions to the exam. Do not permit references or other assistance during the exam. After the test, collect the materials and grade the exam. 75% (19 or more for the B-license and C-license exams; 30 or more required for the A-license and D-license exams) is required to pass.
2. Record the score on the license application and in the applicant's logbook. The applicant not passing will be eligible to retake this exam after seven days. To qualify for a higher license, the applicant must have passed all lower class license exams.

**B. Applicant:**
1. Write your name on this answer sheet.
2. Select the best available answer for each question and write the corresponding letter in the space provided.
3. When you finish, return this answer sheet and all exam questions to the person administering the test to you.

**NOTE: USPA license exams must be administered by a USPA Instructor, Instructor Examiner, Safety & Training Advisor, or a member of the USPA Board.**

APPLICANT (Please Type or Print)
Name: Fabian Murol Totoru    Signature: [signed]
USPA Membership No. 30 51 80    Date: 06 / 11 / 16

1. D   26. D
2. C   27. B
3. B   28. B
4. D   29. D
5. B   30. B
6. D   31. C
7. D   32. D
8. D   33. B
9. C   34. B
10. C  35. D
11. A  36. B
12. D  37. C
13. D  38. C
14. C  39. C
15. B  40. A
16. B
17. B
18. D
19. C
20. A
21. B
22. C
23. B
24. B
25. C

SCORE: 100%

1. B
2. B
3. A
4. A
5. D
6. A
7. B
8. D
9. A
10. A
11. B
12. B
13. B
14. D
15. C
16. D
17. B
18. B
19. A
20. A
21. B
22. D
23. D
24. A
25. A

SCORE: 100%

1. B
2. B
3. B
4. C
5. B
6. D
7. D
8. D
9. A
10. D
11. A
12. B
13. D
14. C
15. C
16. B
17. C
18. B
19. C
20. D
21. A
22. D
23. B
24. A
25. D

SCORE: 100%

1. D   26. B
2. D   27. A
3. C   28. D
4. C   29. B
5. D   30. C
6. B   31. B
7. D   32. A
8. B   33. B
9. B   34. D
10. D  35. C
11. D  36. D
12. B  37. B
13. C  38. D
14. D  39. B
15. A  40. B
16. C
17. A
18. B
19. C
20. C
21. D
22. A
23. A
24. B
25. D

SCORE: 100%

POOLEY_00024030
Scanned by CamScanner

**Susan Sullivan**

| | |
|---|---|
| **From:** | Timóteo Salgado |
| **Sent:** | Monday, June 19, 2017 9:01 AM |
| **To:** | Susan Sullivan |
| **Cc:** | Dalton Carvalho; Fabian Muñoz |
| **Subject:** | Fabian Munoz D Lic App, Coach Prof Card and Tandem-I Prof Card (+faa medical) |
| **Attachments:** | Coach Pf Card - Fabian Munoz.pdf; Fabian Muñoz - FAA Medical III.JPG; Fabian Munoz - uspa lic.jpg; Lic App - Fabian Muñoz.pdf; Tandem Pf Card - Fabian Munoz.pdf |

Hi Susan
You will find attached Fabian Munoz documents including:
-D Lic application
-Coach Proficiency Card
-Tandem Instructor Proficiency Card
-FAA Medical

Please let me know if the paperwork is good.

For a number of reasons this docs were not sent at the date

--
Saludos cordiales
Cordialement
Melhores cumprimentos
With kind regards
Mit freundlichen Grüssen


Timóteo Salgado



sponsored by



1

POOLEY_00024031