# Exhibit 6

Interview of Julio Munoz

FEDERAL DEFENDER'S OFFICE
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

# memorandum

Date:      November 5, 2024

To:        AFD Mia Crager

From:      SI Juan Doig

Subject:   US V. Robert Pooley – Interview of Julio Munoz

---

On November 5, 2024, at approximately 6:50 a.m., I contacted Julio Munoz via phone. Julio Munoz is the owner of Skydive Andes, Aeródromo Los 4 Diablos, 7550000 Melipilla, Santiago Metropolitan Region. Prior to questioning Julio Munoz, I identified myself as an investigator with the Federal Defender's Office and informed him that our office had been appointed to represent Robert Pooley of a criminal case.

Julio Munoz stated the following in summary:

Munoz stated that a tandem instructor skydiver can make around $2000 to $2500 on average at his drop zone. During some summer months, that skydiver could make $2500 a month. The tandem instructor earns around $25 per tandem jump. The busy season is usually around summer. During winter, the tandem instructor skydiver will make less than the average. Munoz stated that the price he pays his tandem instructor skydiver has not changed much since 2016. Munoz could not recall how much he paid a tandem instructor in 2016 but speculated it might have been around $20 per jump.

Munoz stated that a tandem instructor skydiver could make $5000 monthly if that skydiver worked in Dubai. Dubai pays skydivers more per jump, so it would be easier to make $5000 monthly. Munoz speculated that the instructors probably make around $45 to $50 per jump in Dubai. Munoz continued that a tandem instructor skydiver in the US will make around $40 per jump. However, that same instructor will only make around $20 to $25 per tandem jump in Chile.

Munoz stated he has a person who does the marketing and sales for Skydive Andes. That person makes around $3000 per month. The current sales/marketing representative has worked for Munoz for the past year. Before that person, he had another sales/marketing representative who worked for Munoz for seven years; before that person, another who worked for three years. Munoz has never hired anyone who has worked both as a sales/marketing representative and as a tandem instructor who does tandem jumps at the drop zone. According to Munoz, the job for marketing and sales takes all day, and that person would work from 9 to 5 and would have no time to do tandem jumps. Munoz has never hired or had anyone who worked for Skydive Andes who did both jobs. In 2016, the sales/marketing job would have been paid between $2000 to $3000 per month.

Munoz stated that he knows Fabian Munoz (Fabian). According to Munoz, Fabian is a liar who cannot be trusted. Fabian was fired from the drop zone. Fabian was fired because he stole money, spoke badly about the drop zone, and lied to customers. Munoz stated that Fabian cannot be trusted and lies

all the time.  Fabian lies to people so that he can get something from them.  Munoz does not trust Fabian.

Munoz continued that Fabian never made $5000 a month for Skydive Andes.  Munoz stated that Fabian was never offered a tandem instructor sales/marketing representative job.  Munoz was an assistant to the sales/marketing representative.  Munoz's responsibilities were to answer the phone and help as needed. Munoz was paid a minimum amount for that job.

Munoz stated that he could not recall how long Fabian worked as an assistant.  Munoz stated that the most that Fabian might have made in 2016 while working for Skydive Andes was $2500.  The $2,500 Fabian could have earned would have come from doing tandem jumps. Fabian worked for Skydive Andes from 2016 to 2017.  Munoz stated that he was unsure if those were the correct years, but Fabian only worked for Skydive Andes for a few years.

Munoz reiterated that Fabian is untrustworthy. Fabian lies to manipulate others and is inherently dishonest; therefore, anything he says is likely a fabrication.

(At this time, Munoz asked why I was inquiring about Fabian Munoz. I advised Munoz of the upcoming hearing and the charges against Robert Pooley. Munoz continued with the following:)

Munoz recalled that there was an issue with Fabian's tandem certification; however, those issue did not affect Fabian's job at the drop zone. Munoz stated again that Fabian was never offered a sales/marketing representative job. Fabian was never offered a job that would pay $5000 per month. Fabian was an instructor who did tandem jumps and was an assistant to the sales/marketing person.